at the next term of court in case the return be not filed.

PEABODY et al. v. LONG ACRE SQUARE BLDG. CO. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Charles A. Peabody and others against the Long Acre Square Building Company. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. ABBETT, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York against Thomas Abbett. No opinion. We find no evidence in the record of criminal intent. The judgment of conviction is reversed, and a new trial ordered.

PEOPLE, Respondent, v. BROOKLYN COOPERAGE CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. September 26, 1906.) Proceedings by the people of the state of New York against the Brooklyn Cooperage Company, impleaded with others, etc. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question to be reviewed certified to that court.

PEOPLE, Respondent, v. CORBALIS, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York against Thomas F. Corbalis. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. DINSER, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Proceedings by the people of the state of New York against Gustave Dinser. No opinion. Motion denied on defendant's stipulating as stated in memorandum. Settle order on notice. See 98 N. Y. Supp. 314.

PEOPLE, Respondent, v. DONNELLY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Proceedings by the people of the state of New York against John J. Donnelly. No opinion. Motion granted; stenographer's minutes to be furnished and appellant's papers on appeal to be printed at the expense of the county of Onondaga, upon audit and allowance by this court.

PEOPLE v. FEDERAL BANK OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Proceedings by the people of the state of New York against the Federal Bank of New York and the Bankers' Surety Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE v. FEDERAL BANK OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against the Federal Bank of New York. No opinion. Motion denied, with $10 costs. Order filed.

PEOPLE, Respondent, v. FULKERSON, Appellant. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Proceedings by the people of the state of New York against John Fulkerson. No opinion. Judgment affirmed.

PEOPLE v. GELULA. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against Abe Gelula. No opinion. Motion granted unless appellant be ready for November term. Order filed.

PEOPLE, Respondent, v. HACKETT, Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Proceedings by the people of the state of New York against James J. Hackett. E. S. Booth, for appellant. A. A. Mayper, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. HARRER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Proceedings by the people of the state of New York against John Harrer and another.

PER CURIAM. Judgment and order affirmed.

WILLIAMS, J., not voting.

PEOPLE, Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Proceedings by the people of the state of New York against Philip J. Hart. No opinion. Motion to dismiss appeal granted unless the appellant shall, within 30 days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal, as provided by rule 41, in which event said motion is denied.

PEOPLE, Respondent, v. HUSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 26, 1906.) Proceedings by the people of the state of New York against William Huson. No opinion. Motion to amend order of reversal, so as to show that such reversal was, upon questions of law only, granted. See 99 N. Y. Supp. 1081.

PEOPLE, Respondent, v. IZZO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Proceedings by the people of the state of New York against Joseph Izzo and Patsy Corono. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. LAPP, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Proceedings by the people of the state of New York against Myrtie Lapp. No opinion. Motion denied, with leave to renew the same after settlement of the case and exceptions. Upon the renewal of said motion, if made, proof should be furnished to show whether the defendant is then sane or insane.

PEOPLE v. LEVIN. (Supreme Court, Appellate Division, First Department. October